

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
GAN H. ENG, TAN F. LAM, KWOCK C. TANG, JUN Q.
CHAN, KAM C. HO, XIAO Z. ZHANG, YAT C. CHAN,
MING HO, RONG J. CHEN, JIAN Z. LUO, LE Y. CHEN,
JIAN B. YAN, SU C. JIANG, XIU H. JIANG, XIU LIN,
TAK S. CHENG, SHU C. HUANG, MEI J. HUANG
and OY K. KWAN,

                    Plaintiffs,        07cv3909(MGC)

     -against-                    STIPULATION AND
                                                              ORDER EXTENDING
THE NICE RESTAURANT, INC., BEN H. TOM,              TIME TO ANSWER
MEE MEE TOM a.k.a. MEE MEE M. THOM a.k.a. MEE
MEE MEI, YAN SHING CHAN, CHEUNG YONG,
SHING SI SUN, SHEN PING CHU, JOHN TAM, SI KIT WU,
SI HUNG WU, CHUI BAI TAM, and JIMMY MOY a.k.a.
JIMMY MUI a.k.a. JIMMY MEI,

                     Defendants.
----------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff and Defendant Chui Bai Tam that the time within which Defendant Chui Bai Tam may answer or otherwise move with respect to the complaint herein is hereby extended up to and including to July 31, 2007.

Dated: June 26, 2007
       New York, New York

ASIAN AMERICAN LEGAL DEFENSE           KEATING & MCHUGH
AND EDUCATION FUND

By /s/ Kenneth Kimerling                          By /s/ Peter J. McHugh
Kenneth Kimerling (KK5762)                   Peter J. McHugh (PM9877)
Attorneys for Plaintiffs                           Attorneys for Defendant Chui Bai Tam
99 Hudson Street                                        7 Dey Street, Suite 700
New York, NY 10013                                  New York, NY 10007
(212) 966 5932                                          212-608 5657

SO ORDERED:

June 28, 2007

_____
USDJ