UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| GAN H. ENG, TAN F. LAM, KWOK C. TANG, JUN Q. CHAN, KAM C. HO, XIAO Z. ZHANG, YAT C. CHAN, MING HO, RONG J. CHEN, JIAN Z. LUO, LE Y. CHEN, JIAN B. YAN, SU C. JIANG, XIU H. JIANG, XIU LIN, TAK S. CHENG, SHU C. HUANG, MEI J. HUANG and OY K. KWAN, | 07 CV 3909 (MGC) |
| Plaintiffs, | |
| -against- | **APPEARANCE** |
| THE NICE RESTAURANT, INC., BEN H. TOM, MEE MEE TOM a.k.a. MEE MEE M. TOM a.k.a. MEE MEE MEI, YAN SHING CHAN, CHEUNG YONG, SHING SI SUN, SHEN PING CHU, JOHN TAM, SI KIT WU, SI HUNG WU, CHUI BAI TAM, and JIMMY MOY a.k.a. JIMMY MUI a.k.a. JIMMY MEI, | *(Filed electronically)* |
| Defendants. | |

------------------------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned hereby appear as attorneys for Defendant WILLIAM TAM, sued herein as CHUI BAI TAM, and request that all papers be served upon the undersigned at the address designated below.

Dated: August 31, 2007
       New York, New York

KEATING & MCHUGH

By /s/ *John F. Keating*
_____
Peter J. McHugh (PM9877)
John F. Keating (JK5449)
Attorneys for Defendant
WILLIAM TAM sued herein as CHU BAI TAM
30 Vesey Street, 15th Floor
New York, NY  10007
(212) 608-5657 (v)
(866) 408-1843 (f)
jfk@keatingmchugh.com