UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

GAN H. ENG, TAN F. LAM, KWOK C. TANG, JUN Q.
CHAN, KAM C. HO, XIAO Z. ZHANG, YAT C. CHAN,
MING HO, RONG J. CHEN, JIAN Z. LUO, LE Y. CHEN,
JIAN B. YAN, SU C. JIANG, XIU H. JIANG, XIU LIN,           07 CV 3909 (MGC)
TAK S. CHENG, SHU C. HUANG, MEI J. HUANG and
OY K. KWAN,

                    Plaintiffs,

                                                                              **APPEARANCE**

      -against-

THE NICE RESTAURANT, INC., BEN H. TOM, MEE           *(Filed electronically)*
MEE TOM a.k.a. MEE MEE M. TOM a.k.a. MEE MEE
MEI, YAN SHING CHAN, CHEUNG YONG, SHING SI
SUN, SHEN PING CHU, JOHN TAM, SI KIT WU, SI
HUNG WU, CHUI BAI TAM, and JIMMY MOY a.k.a.
JIMMY MUI a.k.a. JIMMY MEI,

                    Defendants.

------------------------------------------------------------------------X

       PLEASE TAKE NOTICE that the undersigned hereby appear as attorneys for

Defendant WILLIAM TAM, sued herein as CHUI BAI TAM, and request that all papers be

served upon the undersigned at the address designated below.

Dated: July 31, 2007
       New York, New York

                              KEATING & MCHUGH

                              By   /s/ Peter J.McHugh
                                 Peter J. McHugh (PM9877)
                                 John F. Keating (JK5449)
                                 Attorneys for Defendant
                                 WILLIAM TAM sued herein as CHU BAI TAM
                                 30 Vesey Street, 15th Floor
                                 New York, NY  10007
                                 (212) 608-5657 (v)
                                 (866) 408-1843 (f)
                                 pjm@keatingmchugh.com