UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
GAN H. ENG, et al.,

        Plaintiffs,

   -against-

THE NICE RESTAURANT, INC., et al.,

        Defendants.

------------------------------------------------------X   07 CV 3909 (MGC)
BEN H. TOM,

        Counter-Claimant,   **PLAINTIFFS' REPLY**
                                          **TO COUNTERCLAIM**
   -against-

GAN H. ENG, et al.,                        ECF Case

        Counter-Defendants.

------------------------------------------------------X

    Plaintiffs-Counter-Defendants Gan H. Eng, Tan F. Lam, Kwok C. Tang, Jun Q. Chan, Kam C. Ho, Xiao Z. Zhang, Yat C. Chan, Ming Ho, Rong J. Chen, Jian Z. Luo, Le Y. Chen, Jian B. Yan, Su C. Jiang, Xiu H.Jiang, Xiu Lin, Tak S. Cheng, Shu C. Huang, Mei J. Huang and Oy K. Kwan by their attorney of record Kenneth Kimerling, Asian American Legal Defense and Education Fund, reply to the Counterclaim as follows.

    1. Deny each and every averment contained in paragraph 94 of Counter-Claimants' complaint.

    WHEREFORE Plaintiffs-Counter-Defendants respectfully demands judgment as follows:

    a. dismissing the Counterclaim in its entirety; and,

1

2

     b. awarding Plaintiffs such other and further relief as the Court deems just and proper including but not limited to the costs and disbursements of this action and attorneys' fees.

Dated: August 3, 2007

                                ___s/_____
                                Kenneth Kimerling (KK5762)
                                Asian American Legal Defense and Education Fund
                                99 Hudson Street
                                New York, New York 10013
                                212-966-5932
                                Attorneys For Plaintiffs-Counter-Defendants

To:  Robert Y. Lewis
      Freeman Lewis LLP
      228 East 45th Street
      New York, N.Y. 10014
      Attorneys for Ben Tom
      Defendant-Counter-Claimant