UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

GAN H. ENG, TAN F. LAM, KWOK C. TANG, JUN Q.
CHAN, KAM C. HO, XIAO Z. ZHANG, YAT C. CHAN,
MING HO, RONG J. CHEN, JIAN Z. LUO, LE Y. CHEN,
JIAN B. YAN, SU C. JIANG, XIU H.JIANG, XIU LIN,
TAK S. CHENG, SHU C. HUANG, MEI J. HUANG AND
and OY K. KWAN,

                                            **ECF Case**

                    Plaintiffs,

          -against-

                                       **07 CV 3909(MGC)**

THE NICE RESTAURANT, INC.,
BEN H. TOM, MEE MEE TOM a.k.a. MEE
MEE M. THOM a.k.a. MEE MEE MEI, YAN SHING
CHAN, CHEUNG YONG, SHING SI SUN, SHEN
PING CHU, JOHN TAM, SI KIT WU, SI HUNG WU,
CHUI BAI TAM, and JIMMY MOY a.k.a. JIMMY MUI
a..k.a. JIMMY MEI,

                    Defendants.

-------------------------------------------------------------------X

SERVICE OF THE SUMMONS AND COMPLAINT
ON DEFENDANTS
THE NICE RESTAURANT, INC.
SI HUNG WU
JIMMY MOY a.k.a. JIMMY MUI a.k.a. JIMMY MEI
SHING SI SUN

     Attached is the Summons in the instant matter. Also attached are declarations of service
on defendants The Nice Restaurant, Inc., Si Hung Wu, Jimmy Moy a.k.a. Jimmy Mui a.k.a.
Jimmy Mei and Shing Si Sun.

Dated: December 18, 2007

                                       Kenneth Kimerling (KK5762)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------

GAN H. ENG, TAN F. LAM, KWOK C. TANG, JUN Q.
CHAN, KAM C. HO,  XIAO Z. ZHANG, YAT C. CHAN,
MING HO, RONG J. CHEN, JIAN Z. LUO, LE Y. CHEN,
JIAN B. YAN, SU C. JIANG, XIU H.JIANG, XIU LIN,
TAK S. CHENG, SHU C. HUANG, MEI J. HUANG AND
and OY K. KWAN,

                                            Plaintiffs,
                    -against-

THE NICE RESTAURANT, INC.,
BEN H. TOM, MEE MEE TOM a.k.a. MEE
MEE M. THOM a.k.a. MEE MEE MEI, YAN SHING
CHAN,  CHEUNG YONG,  SHING SI SUN,  SHEN
PING CHU,  JOHN TAM,  SI KIT WU, SI HUNG WU,
CHUI BAI TAM, and JIMMY MOY a.k.a. JIMMY MUI
a..k.a. JIMMY MEI,

                                            Defendants.
---------------------------------------------------------------------------X

**07 CV 3909 (MGC)**

**SUMMONS CIVIL
CASE**

**ECF CASE**

TO:    <u>SEE ATTACHED LIST</u>

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS

Kenneth Kimerling
Asian American Legal Defense and Education Fund
99 Hudson Street
New York, New York 10013

an answer to the complaint which is herewith served up you, within Twenty (20) days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.  You must also file
your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_____
(BY) DEPUTY CLERK

MAY 1 8 2007

_____
DATE

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07cv3909 (MGC)                                  Purchased/Filed: May 18, 2007

STATE OF NEW YORK       UNITED STATES DISTRICT COURT              SOUTHERN DISTRICT

_____

Gan H. Eng, et. al                                                    Plaintiff

against

The Nice Restaurant, Inc., et. al                                     Defendant

_____

STATE OF NEW YORK                SS.:
COUNTY OF ALBANY

_____Jessica  Miller_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____June 1, 2007_____ , at __2:00 pm__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint, Judge Cederbaum's Individual Rules, Judge Fox's Individual Rules, and letter to
The Nice Restaurant, Inc.                                                        on

_____The Nice Restaurant, Inc._____ , the

Defendant in this action, by delivering to and leaving with _____Amy Lesch_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service

was made pursuant to Section ___306 Business Corporation Law___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served: Approx. Age: ___23___   Approx. Wt: ___160___   Approx. Ht: ___5'9"___

Color of skin: ___White___   Hair color: ___Blonde___   Sex: ___F___   Other: _____

Sworn to before me on this

__5th__ day of _____June, 2007_____

DONNA M. TIDINGS                                          Jessica  Miller
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007                          Invoice•Work Order # SP0704730

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

GAN H. ENG, TAN F. LAM, KWOK C. TANG, JUN Q.
CHAN, KAM C. HO,  XIAO Z. ZHANG, YAT C. CHAN,
MING HO, RONG J. CHEN, JIAN Z. LUO, LE Y. CHEN,
JIAN B. YAN, SU C. JIANG, XIU H.JIANG, XIU LIN,
TAK S. CHENG, SHU C. HUANG, MEI J. HUANG AND
and OY K. KWAN,

                 **ECF Case**

                 Plaintiffs,

      -against-

                 **07 CV 3909(MGC)**

THE NICE RESTAURANT, INC.,
BEN H. TOM, MEE MEE TOM a.k.a. MEE
MEE M. THOM a.k.a. MEE MEE MEI, YAN SHING
CHAN,  CHEUNG YONG,  SHING SI SUN,  SHEN
PING CHU,  JOHN TAM,  SI KIT WU, SI HUNG WU,
CHUI BAI TAM, and JIMMY MOY a.k.a. JIMMY MUI
a..k.a. JIMMY MEI,

              Defendants.
-------------------------------------------------------------------- X

**DECLARATION OF SERVICE
ON DEFENDANT SI HUNG WU**

Kenneth Kimerling, hereby declares:

1. I am counsel for plaintiffs in the above captioned matter.

2. On September 12, 2007, I mailed a copy of the summons and complaint in this matter to
   defendant Shi Hung Wu, at his address at 85 Columbia Street, Apt 1-A, New York, New
   York 10002-2602.  The documents were mailed in a plain envelope with only my office
   street address handwritten as the return-address.  The document was marked "Personal
   and Confidential" A copy of the envelope attached.

3.  The envelope was not returned by the Postal Service.

4.  I made this service by mail after being informed that service was refused by defendant Wu's wife at their home address and a copy of the Summons and Complaint had been affixed to the defendant's door.  See attached Declaration of Service by Fun Mae Eng dated November 19, 2007..

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:   December 18, 2007

Kenneth Kimerling (KK5762)

99 Hudson St -
12th Floor
N.Y. N.Y. 10013

"Personal and Confidential"    Shi Hung WJ
85 Columbia St.
Apt 1A
NY. NY 10002-2602

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

GAN H. ENG, TAN F. LAM, KWOK C. TANG, JUN Q.
CHAN, KAM C. HO,  XIAO Z. ZHANG, YAT C. CHAN,
MING HO, RONG J. CHEN, JIAN Z. LUO, LE Y. CHEN,
JIAN B. YAN, SU C. JIANG, XIU H.JIANG, XIU LIN,
TAK S. CHENG, SHU C. HUANG, MEI J. HUANG AND
and OY K. KWAN,

                                                       **ECF Case**

                  Plaintiffs,

        -against-

                                                    **07 cv 3909(MGC)**

THE NICE RESTAURANT, INC.,
BEN H. TOM, MEE MEE TOM a.k.a. MEE
MEE M. THOM a.k.a. MEE MEE MEI, YAN SHING
CHAN,  CHEUNG YONG,  SHING SI SUN,  SHEN
PING CHU,  JOHN TAM,  SI KIT WU,  SI HUNG WU,
CHUI BAI TAM, and JIMMY MOY a.k.a. JIMMY MUI
a..k.a. JIMMY MEI,

                  Defendants.

-----------------------------------------------------------------------X

## DECLARATION OF SERVICE

Fun Mae Eng hereby declares:

1.  I am over 18 years old and not a party to this lawsuit.

2.  On September 5th, 2007, at 7:40pm I was at the entrance of 85 Columbia Street.  I met Si

    Hung Wu's wife and their daughter.  Plaintiff Ming Ho identified the woman to me as Si

    Hung Wu's wife.  I asked if Si Hung Wu was at home.  Mrs. Wu answered that he was

    not at home at that time, so I said, "Here is a document for him.  Please give it to him."  I

    handed her a copy of the Summons and Complaint in the above captioned matter on

defendant Si Hung Wu. Mrs. Wu threw the document on the ground and said, "This is a private house, you cannot do this," and closed the door behind her. I went with Ming Ho into the building and rang the bell at Apt. #1A where Si Hung Wu lives with his family. Mrs. Wu refused to open the door, even though I heard she was talking inside with her daughter. So I taped the envelope on the door and left.

3. Mrs. Wu is 5'6" tall with short black hair.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: November 19, 2007

_Fun Mae Eng_
Fun Mae Eng

TRANSLATOR CERTIFICATION

I, _Wing Lam_, hereby swear under penalty of perjury that I am fluent

in both Chinese and English and that I have correctly and accurately translated this document

from English to Chinese.

Dated:   New York, New York
         November 19, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

GAN H. ENG, TAN F. LAM, KWOK C. TANG, JUN Q.
CHAN, KAM C. HO,  XIAO Z. ZHANG, YAT C. CHAN,
MING HO, RONG J. CHEN, JIAN Z. LUO, LE Y. CHEN,
JIAN B. YAN, SU C. JIANG, XIU H.JIANG, XIU LIN,
TAK S. CHENG, SHU C. HUANG, MEI J. HUANG AND
and OY K. KWAN,

                        **ECF Case**

             Plaintiffs,

        -against-

                        **07 CV 3909(MGC)**

THE NICE RESTAURANT, INC.,
BEN H. TOM, MEE MEE TOM a.k.a. MEE
MEE M. THOM a.k.a. MEE MEE MEI, YAN SHING
CHAN,  CHEUNG YONG,  SHING SI SUN,  SHEN
PING CHU,  JOHN TAM,  SI KIT WU, SI HUNG WU,
CHUI BAI TAM, and JIMMY MOY a.k.a. JIMMY MUI
a..k.a. JIMMY MEI,

             Defendants.

-------------------------------------------------------------------------X

## DECLARATION OF SERVICE

Alfred Bastone hereby declares:

1.  I am over 18 years old and not a party to this lawsuit.

2.  On June 25, 2007, at 1:07 p.m. I served a copy of the Summons and Complaint in the

    above captioned matter on defendant Jimmy Moy a.k.a. Jimmy Mui a.k.a. Jimmy Mei in

    the McDonalds Restaurant at 121 Madison Street, New York, New York.  Mr. Moy is an

    Asian man, 6 feet tall with black hair and glasses.  Plaintiff Ming Ho identified Mr. Moy

    to me.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND

CORRECT.

Dated:  September *15*, 2007

Alfred Bastone

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- X

GAN H. ENG, TAN F. LAM, KWOK C. TANG, JUN Q.
CHAN, KAM C. HO,  XIAO Z. ZHANG, YAT C. CHAN,
MING HO, RONG J. CHEN, JIAN Z. LUO, LE Y. CHEN,
JIAN B. YAN, SU C. JIANG, XIU H.JIANG, XIU LIN,
TAK S. CHENG, SHU C. HUANG, MEI J. HUANG AND
and OY K. KWAN,

                                      **ECF Case**

                Plaintiffs,

      -against-

                                        **07 cv 3909(MGC)**

THE NICE RESTAURANT, INC.,
BEN H. TOM, MEE MEE TOM a.k.a. MEE
MEE M. THOM a.k.a. MEE MEE MEI, YAN SHING
CHAN,  CHEUNG YONG,  SHING SI SUN,  SHEN
PING CHU,  JOHN TAM,  SI KIT WU, SI HUNG WU,
CHUI BAI TAM, and JIMMY MOY a.k.a. JIMMY MUI
a..k.a. JIMMY MEI,

                Defendants.

--------------------------------------------------------------------- X

**DECLARATION OF SERVICE**

Jennifer Fong hereby declares:

1.  I am over 18 years old and not a party to this lawsuit.

2.  On June 13, 2007, at 2:50 p.m. I went to Windsor Garden Restaurant at 81 Chrystie Street, New York, New York.  I asked the cashier that I was looking for Mr. Shing Si Sun, and he stepped up and said it is him.  I served him a copy of the Summons and Complaint in the above captioned matter on defendant Shing Si Sun.

3.  Mr. Sun is an Asian Man, 5 foot, 8 inches tall with grey hair.  Plaintiff Ming Ho

identified Mr. Sun to me.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND

CORRECT.

Dated:  September __5__, 2007

_____
Jennifer Hong