UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| GAN H. ENG, TAN F. LAM, KWOK C. TANG, JUN Q. CHAN, KAM C. HO, XIAO Z. ZHANG, YAT C. CHAN, MING HO, RONG J. CHEN, JIAN Z. LUO, LE Y. CHEN, JIAN B. YAN, SU C. JIANG, XIU H. JIANG, XIU LIN, TAK S. CHENG, SHU C. HUANG, MEI J. HUANG and OY K. KWAN, | 07 CV 3909 (MGC) |
| | (*Filed Electronically*) |
| Plaintiffs, | **NOTICE OF MOTION** |
| -against- | |
| THE NICE RESTAURANT, INC., BEN H. TOM, MEE MEE TOM a.k.a. MEE MEE M. TOM a.k.a. MEE MEE MEI, YAN SHING CHAN, CHEUNG YONG, SHING SI SUN, SHEN PING CHU, JOHN TAM, SI KIT WU, SI HUNG WU, CHUI BAI TAM, and JIMMY MOY a.k.a. JIMMY MUI a.k.a. JIMMY MEI, | |
| Defendants. | |

------------------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the annexed Local Civil Rule 56.1 Statement of Undisputed Material Facts, the Affidavit of William Tam, sworn to March 28, 2008, and the exhibits annexed thereto, the Affirmation of John F. Keating, Jr., dated March 28, 2008, and the exhibits annexed thereto, the accompanying memorandum of law, and upon all proceedings and pleadings had herein, Defendant William Tam, sued herein as Chui Bai Tam, will move this Court before the Honorable Miram G. Cedarbaum, United States District Judge, at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, on the 24th day of April, 2008, at 9:30 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard, for

an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Defendant William Tam summary judgment and (2) such other and further relief as the Court deems just.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, must be received by the undersigned by noon of the Wednesday before the aforesaid return date, or on or before April 16, 2008, pursuant to Rule 3 of the Individual Rules of the Court.

Dated:   New York, New York
         March 31, 2008

> KEATING & McHUGH
>
> By   /s/  John F. Keating
>      Peter J. McHugh (PM9877)
>      John F. Keating (JK5354)
>      Attorneys for Defendant
>          WILLIAM TAM sued herein
>          as Chui Bai Tam
>      30 Vesey Street, 15th Floor
>      New York, NY  10007
>      212 608 5657 (v)
>      866 408 1843 (f)
>      pjm@keatingmchugh.com
>      jfk@keatingmchugh.com

TO:   Kenneth Kimerling, Esq.
      Asian American Legal Defense and Education Fund
      99 Hudson Street
      New York, New York 10013

      Wing-Sze Choi, Esq.
      Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, New York 10036-6522
      Attorneys for Plaintiffs

      Robert Y. Lewis, Esq.
      Freeman Lewis LLP
      228 E. 45th Street
      New York, NY 10017
      Attorneys for Defendant Ben H. Tom