UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

    GAN H. ENG, ET. AL

                Plaintiff,

                                                                      07  **CIVIL** 3909  (MGC )

        -against-

    THE NICE RESTAURANT, ET. AL.

                Defendant.
-------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: John F. Keating, Jr.

☒   *Attorney*

    ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        JK5449

    ☐   I am a Pro Hac Vice attorney

    ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

    From:   Cozen O'Connor

    To:   Keating & McHugh

    ☒   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐   *Address:*   30 Vesey Street, 15th Floor, New York, NY 10007

☐   *Telephone Number:*   (212) 608-5657

☐   *Fax Number:*   (866) 408-1843

☐   *E-Mail Address:*   jfk@keatingmchugh.com

Dated:   April 1, 2008       */s/ John F. Keating*