**EXHIBITS TO THE DECLARATION OF KENNETH KIMERLING**

EXHIBIT 1 – Excerpts from the Deposition of Defendant Shing Si Sun.

EXHIBIT 2 – Excerpts from the Deposition of William Tam (a.k.a. Chui Bai Tam).

EXHIBIT 3 – Copy of Exhibit 4 to the Deposition of William Tam – regarding U.S. Department of Labor Investigation.

EXHIBIT 4 – Sales agreement for the shares by Melina Tam.

EXHIBIT 5 – Excerpts from Responses to Defendant William Tam's Interrogatories by Plaintiff Jian Z. Luo.