**EXHIBIT 1**

Case 1:07-cv-03909-MGC    Document 16-3    Filed 04/15/2008    Page 1 of 4

```
                                                         Page 1
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------)
      GAN H. ENG, TAN F. LAM,
 4    KWOK C. TANG, JUN Q. CHAN,
      KAM C. HO, XIAO Z. ZHANG,
 5    YAT C. CHAN, MING HO, RONG J.
      CHEN, JIAN Z. LUO, LE Y. CHEN,
 6    JIAN B. YAN, SU C. JIANG,
      XIU H. JIANG, XIU LIN, TAK S.
 7    CHENG, SHU C. HUANG, MEI J.
      HUANG and OY K. KWAN,
 8
                    Plaintiffs,
 9
              vs.                      07 Civ 3909
10
      THE NICE RESTAURANT, INC.,
11    BEN H. TOM, MEE MEE TOM a.k.a.
      MEE MEE M. THOM a.k.a MEE MEE
12    MEI, YAN SHING CHAN, CHEUNG
      YONG, SHING SI SUN, SHEN PING
13    CHU, JOHN TAM, SI KIT WU,
      SI HUNG WU, CHUI BAI TAM, and
14    JIMMY MOY a.k.a JIMMY MUI
      a.k.a JIMMY MEI,
15
                    Defendants.
16    ------------------------------)
17
18          DEPOSITION OF SHENG XIAN SUN
19                New York, New York
20              Tuesday, March 4, 2008
21
22
23
24    Reported by:
      Linda Salzman
25    JOB NO. 15168
```

1           S. Sun
2   hiring and firing, who was responsible?
3        A.   Specifically I believe it would be
4   in hands of the board of directors.  I
5   believe the ones who had the power to hire
6   and to fire would be Mee Mee Tom, Yan Shing
7   Chan or maybe Mr. Tam.
8             While the members of the board --
9   on the other hand, the other managers, like
10  John Tam, T-A-M, or manager Chu, C-H-U, I
11  believe they would not have that kind of
12  power to hire and fire just like that.  And
13  maybe they would have the rights to make
14  recommendations, but I don't believe they
15  would have the same power as the members.
16  That's my personal feeling.
17       Q.   And when you say board members, you
18  mean the four people you mentioned earlier
19  year?
20       A.   That's what I think.
21       Q.   So Ben Tam, or after he left in his
22  place, Mee Mee Tom and then also Tam Chui
23  Bai, William Tam, and then Si Kit Wu?
24       A.   Of course, I don't really know what
25  were they discussing about in terms of hiring

Page 48

1       S. Sun
2  the board members directly and ask him for a
3  job.
4       Q.   But to your knowledge, Yan Shing
5  Chan would go to the board of directors to
6  have their approval for hiring any new
7  employees?
8       A.   Supposedly, yes, like that.  But
9  according to our conversations between me and
10 Mr. Yan Shing Chan, I learned about that.
11 And you have to understand that even when I
12 was working in the Pier 17 Jade Sea
13 Restaurant, I already know him at that time,
14 and it was him who brought me to Nice
15 Restaurant.
16      And that's why I have this
17 understanding that he would have to go
18 through the board of directors when he has to
19 hire people.
20      Q.   And that's something he told
21 you?
22      A.   It's from our casual conversations.
23 Of course, it's not for him to intentionally
24 tell me this.  It's just when we were
25 chatting, that's what I heard from him.