UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -X

Eng, Et al.

            Plaintiff(s),

CASE MANAGEMENT PLAN

07 Civ. 3909 (MGC)

- against -

The Mize Restaurant, et. al.

            Defendant(s).
- - - - - - - - - - - - - - - - - - - - -X

     The following Case Management Plan is entered, after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

Joinder of additional parties by ___June 16, 2008___

Amend the pleadings by ___June 16, 2008___

All motions other than summary judgment by ___Sept. 26, 2008___

Discovery:

    1. All discovery to be completed by ___Sept. 19, 2008___

Joint Pre-Trial Order to be submitted by ___Oct. 17, 2008___

Final Pre-Trial Conference ___Oct. 24, 2008___

Trial: _____

    SO ORDERED.

Dated: New York, New York

                              MIRIAM GOLDMAN CEDARBAUM
                              United States District Judge