UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

| | |
|---|---|
| Gan H. Eng, et al. | CASE MANAGEMENT PLAN |
| Plaintiff(s) | 07 Civ. 3909 (MGC) |
| - against - | |
| The Nice Restaurant, Inc., et al. | |
| Defendant(s) | |

----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

The Following Case Management Plan is entered, after consultation with the parties. This Plan is also a Rule 16 and Rule 26 (f) scheduling order as required by the Federal Rules of Civil Procedure.

| | |
|---|---|
| Estimated Length of time for Trial | One Week |
| Joinder of additional parties by | June 16, 2008 |
| Amend the pleadings by | June 16, 2008 |
| All motions other than summary judgment by | September 26, 2008 |
| Discovery: | |
| All discovery to be completed by | September 19, 2008 |
| Joint Pre-Trial Order to be submitted by | October 17, 2008 |
| Final Pre-Trial Conference is scheduled for | Thursday October 30, 2008 at 10:00 am |
| Trial: | Bench Trial November 3, 2008 at 10:00 am |

SO ORDERED.

Dated:    New York, New York
         July 23, 2008

                                    S/_____
                                    MIRIAM GOLDMAN CEDARBAUM
                                    United States District Judge