Kenneth Kimerling (KK-5762)
ASIAN AMERICAN LEGAL DEFENSE
   AND EDUCATION FUND
99 Hudson Street
New York, New York 10013
(212) 966-5932

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GAN H. ENG, TAN F. LAM, KWOK C. TANG, JUN Q. CHAN, KAM C. HO, XIAO Z. ZHANG, YAT C. CHAN, MING HO, RONG J. CHEN, JIAN Z. LUO, LE Y. CHEN, JIAN B. YAN, SU C. JIANG, XIU H. JIANG, XIU LIN, TAK S. CHENG, SHU C. HUANG, MEI J. HUANG, and OY K. KWAN,<br><br>                Plaintiffs,<br><br>        – against –<br><br>THE NICE RESTAURANT, INC., BEN H. TOM, MEE MEE TOM a.k.a. MEE MEE M. THOM a.k.a. MEE MEE MEI, YAN SHING CHAN, CHEUNG YONG, SHING SI SUN, SHEN PING CHU, JOHN TAM, SI KIT WU, SI HUNG WU, CHUI BAI TAM, and JIMMY MOY a.k.a. JIMMY MUI a.k.a. JIMMY MEI,<br><br>                Defendants. | ECF Case<br><br>1:07-CV-03909 (MGC) |

**NOTICE OF MOTIONS FOR (1) EXTENSION OF TIME FOR SERVICE OF SUMMONS AND COMPLAINT; AND (2) SERVICE BY PUBLICATION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and the Declarations of Plaintiffs Ming Ho, Jian Z. Luo, and Xiao Z. Zhang and the Declaration of Kenneth Kimerling, counsel for Plaintiffs, in support thereof, and upon all

prior pleadings and proceedings herein, Plaintiffs will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York on August 11, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, for an Order (1) enlarging the time for service of summons and complaint upon defendants Mee Mee Tom and Yan Shing Chan by sixty (60) days, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure; *and* (2) motion for service of summons and complaint by publication upon defendants Mee Mee Tom and Yan Shing Chan, pursuant to section 308, paragraph five of the New York Civil Practice Law and Rules.

Dated: New York, New York
      August 14, 2008

                    ASIAN AMERICAN LEGAL DEFENSE
                        AND EDUCATION FUND

                    By: s/ _____
                        Kenneth Kimerling
                        99 Hudson Street
                        New York, New York 10013
                        (212) 966-5932

                        Attorneys for Plaintiffs