UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| Gan H. Eng, et al. | AMENDED CASE MANAGEMENT PLAN |
| Plaintiff(s) | 07 Civ. 3909 (MGC) |
| - against - | |
| The Nice Restaurant, Inc., et al. | |
| Defendant(s) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/08

The Following Case Management Plan is entered, after consultation with the parties. This Plan is also a Rule 16 and Rule 26 (f) scheduling order as required by the Federal Rules of Civil Procedure.

| | |
|---|---|
| Estimated Length of time for Trial | One Week |
| Joinder of additional parties by | June 16, 2008 |
| Amend the pleadings by | June 16, 2008 |
| All motions other than summary judgment by | September 26, 2008 |
| Discovery: | |
| All discovery to be completed by | September 19, 2008 |
| Joint Pre-Trial Order to be submitted by | November 21, 2008 |
| Final Pre-Trial Conference is scheduled for | Thursday December 4, 2008 at 2:30 pm |
| Trial: | Bench Trial January 6, 2009 at 9:30 am |

SO ORDERED.

Dated: New York, New York
August 5, 2008

S/_____
MIRIAM GOLDMAN CEDARBAUM
United States District Judge